# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF OHIO
# EASTERN DIVISION

| | | |
|---|---|---|
| JONATHAN R. BOYCE, *et al.*, | ) | CASE NO.   3:18-cv-01622 |
| | ) | |
| Plaintiffs, | ) | JUDGE JACK ZOUHARY |
| | ) | |
| v. | ) | MAGISTRATE JUDGE DAVID A. RUIZ |
| | ) | |
| COMMISSIONER OF SOCIAL SECURITY, | ) ) | |
| | ) | |
| Defendant. | ) | **REPORT AND RECOMMENDATION** |

On October 6, 2020, Plaintiff Douglas Boyce filed a Motion for Injunctive Relief requesting that Defendant Commissioner of Social Security, cease collection of all overpayments from Jonathan Boyce, the claimant, and Douglas Boyce, as representative payee. (R. 33). Defendant filed a response on October 21, 2020. As of the date of this Report and Recommendation, neither Plaintiff has filed a reply.

Previously, on March 29, 2019, the Court remanded this matter for further consideration of whether Plaintiffs received an overpayment of benefits and whether Plaintiffs were obligated to return those overpaid benefits. (R. 31). The Court further ordered that "the Commissioner shall not attempt to collect the alleged overpayments from Plaintiffs until the Commissioner reaches a final determination on remand." *Id*. Defendant's response concedes that a final determination is still pending before the Appeals Council. (R. 34, PageID# 275). Defendant

further concedes that, due to "inadvertent error," the agency erroneously withheld/collected money from both Douglas Boyce and Jonathan Boyce "after the Court entered its remand order on March 29, 2019." (R. 34, PageID# 275-276).

Defendant represents that it "has taken steps to immediately rectify the agency's mistake and ensure that no further collection attempts will be made until a final decision is issued regarding the overpayment in this case." *Id*. at PageID# 276. Defendant further represents that refund checks were issued to Plaintiffs, which they should have received on or about October 22, 2020. *Id*. at PageID# 277. Plaintiffs have not filed any response suggesting that additional money has been withheld or that they have not received the refunds as indicated by Defendant. Therefore, it is recommended that motion for injunctive relief (R. 33) be DENIED without prejudice as moot.

s/ *David A. Ruiz*
David A. Ruiz
United States Magistrate Judge

Date: November 12, 2020

**OBJECTIONS**

Any objections to this Report and Recommendation must be filed with the Clerk of Courts within fourteen (14) days after the party objecting has been served with a copy of this Report and Recommendation. **28 U.S.C. § 636(b)(1).** Failure to file objections within the specified time may waive the right to appeal the district court's order. *See United States v. Walters*, 638 F.2d 947 (6th Cir. 1981); *Thomas v. Arn*, 474 U.S. 140 (1985), *reh'g denied*, 474 U.S. 1111 (1986).